

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: MICHAEL THOMAS**                    **CHAPTER 13**

**DEBTOR**                                   **CASE NO. 17-12661 JDW**

### ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

This matter came on for consideration the Motion of Michael Thomas requesting the issuance of an order directing Modification of his Chapter 13 Plan after confirmation pursuant to 11 U.S.C. § 1329, and no response or objections being filed by the deadline set by the Court, the Court finds that just cause exist for the entry of the following order.

IT IS, THEREFORE, ORDERED that the Debtor surrender any and all interest in the 2015 Chevrolet Impala.

IT IS, FURTHER ORDERED that the monthly payment to USAA Federal Savings Bank USA for the Chevrolet Impala is removed from the Debtor's Chapter 13 Plan.

IT IS FURTHER ORDERED that the distribution to unsecured creditors in the Debtor's Chapter 13 Plan shall remain at 0%.

IT IS FURTHER ORDERED, that the Trustee shall amend the Debtor's wage order, if

necessary accordance with this Order.

#ENDOFORDER#

PREPARED BY:

/s/Robert H. Lomenick
ROBERT H. LOMENICK, JR., MSB 104186
ALLEN CHERN LAW, LLC
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MS 38635
662-252-3224/rlomenick@gmail.com